Case 1:05-cv-10057-RWZ   Document 1   Filed 01/10/2005   Page 1 of 5

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

Civil Action No.

|   |   |
|---|---|
| Leon Boole Jr.,<br>　　　　Plaintiff<br><br>vs.<br><br>Auto Auction of New England, Inc.,<br>Kenneth Lord,<br>Danny Mosher d/b/a<br>DM Automotive,<br>　　　　Defendants | **COMPLAINT**<br><br>05-10057 RWZ |

## PARTIES

1. Plaintiff, Leon Boole Jr., is single and is a resident of Chelmsford, Massachusetts and is a citizen of the United States.

2. At all times mentioned herein, Defendant Auto Auction of New England, Inc. was a duly organized and existing corporation under the laws of the State of New Hampshire, maintaining a principal place of business in New Hampshire with a registered agent for service of process located at 8 Action Blvd., Londonderry, NH 03053.

3. At all times mentioned herein, Defendant Kenneth B. Lord was a resident of New Hampshire and currently resides at 152 Rockingham Road, Derry, NH 03038.

4. At all times mentioned herein, Defendant Danny Mosher was a resident of New Hampshire and doing business as DM Automotive, 131 Daniel Webster Highway, Nashua, NH 03060 in the State of New Hampshire and in the Commonwealth of Massachusetts.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

## JURISDICTION

5. This Court has diversity jurisdiction as the Plaintiffs and the Defendants are citizens of different states and the amount in controversy exceeds $100,000.00 exclusive of interest and costs, pursuant to 28 U.S.C. 1332.

## FACTS

6. This action arises out of a motor vehicle accident that occurred on December 5, 2002 on the premises owned and maintained by the Defendant Auto Auction of New England, Inc., Town of Londonderry, Rockingham County, State of New Hampshire.

## COUNT I

7. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 6 of this Complaint as if fully set forth herein.

8. Plaintiff alleges that, in his capacity as a licensed dealer and a buyer for Union Auto Sales in Fitchburg, Massachusetts, he was invited to attend an automobile auction by the Defendant, Auto Auction of New England, Inc. on it's premises in Londonderry, New Hampshire.

9. At approximately 10:40 a.m on December 5, 2002 the Plaintiff was standing inside or near the bay area of the auction facility when the Defendant, Auto Auction of New England, Inc., its agent, servant or employee, did so carelessly and negligently maintain, operate and control an automobile owned by Danny Mosher, causing same to strike the Plaintiff.

10. As a direct, proximate and legal result of the negligence of the Defendant, Auto Auction of New England, Inc., its agents, servants or employees, the Plaintiff suffered severe bodily injuries and resulting pain and suffering, disability, mental anguish, was

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

prevented from transacting his usual activities and incurred medical expenses and lost wages in excess of $40,000.00.

11. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant Auto Auction of New England, Inc., its agents, servants and employees, for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

## COUNT II

12. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. At all times mentioned herein, the Defendant, Kenneth B. Lord, was an agent, servant or employee of the Defendant, Auto Auction of New England, Inc. and the operator of the motor vehicle that struck Plaintiff, Leon Boole Jr.

14. Defendant, Kenneth B. Lord, while in the course of his employment and while performing his duties on behalf of the Defendant, Auto Auction of New England, Inc., did carelessly and negligently maintain, operate and control an automobile owned by Danny Mosher, causing same to strike the Plaintiff.

15. As a direct, proximate and legal result of the negligence of the Defendant, Kenneth B. Lord, the Plaintiff suffered severe bodily injuries and resulting pain and suffering, disability, mental anguish, was prevented from transacting his usual activities, incurred medical expenses and lost wages in excess of $40,000.00.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

16. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant, Kenneth B. Lord, for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

### COUNT III

17. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18. At all times mentioned herein, the Defendant, Danny Mosher, while doing business as DM Automotive, was the owner of the motor vehicle which was being operated by his agent, Auto Auction of New England, Inc. or it's agent, servant or employee, on December 5, 2002 with Danny Mosher's express consent, permission and authority to do so in order to facilitate the sale of said vehicle.

19. The Defendant, Danny Mosher, or his agents, servants or employees did carelessly and negligently maintain, operate and control said automobile causing same to strike the Plaintiff.

20. As a direct, proximate and legal result of the negligence of the Defendant, Danny Mosher or his agents, servants or employees, the Plaintiff suffered severe bodily injuries and resulting pain and suffering, disability, mental anguish, was prevented from transacting his usual activities and incurred medical expenses and lost wages in excess of $40,000.00.

21. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351


WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant, Danny Mosher, his agents, servants or employees for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

By Plaintiff's Attorney,

Dated:

1-7-05

Philip J. Doherty
Doherty Law Offices
73A Winthrop Ave.
Lawrence, Ma. 01810

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BOOLE JR., LEON

### DEFENDANTS
AUTO AUCTION OF NE, INC., KENNETH LORD, DANNY MOSHER d/b/a DM AUTOMOTIVE

(b) County of Residence of First Listed Plaintiff  WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ROCKINGHAM
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PHILIP J. DOHERTY, 73A Winthrop Ave.
Lawrence, Ma. 01843

Attorneys (If Known)
05 10057 RWZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C 1332   Case involves a Massachusetts resident injured in an
Brief description of cause:
auto accident in New Hampshire. Defendants reside in New Hampshire

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 750,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                    DOCKET NUMBER

DATE  1-10-05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __LEON BOOLE JR. VS. AUTO AUCTION OF NE, INC., ET AL__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ☒  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ☐  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.    150, 152, 153.

   [stamp: 05-10057 RWZ]

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __NONE__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☐    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☒    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __PHILIP J. DOHERTY__
ADDRESS __73A Winthrop Ave., Lawrence, Ma. 01843__
TELEPHONE NO. __(978) 687-7700__

(Coversheetlocal.wpd - 10/17/02)