%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                         District of    MASSACHUSETTS

Leon Boole Jr.

V.                                                **SUMMONS IN A CIVIL ACTION**

Auto Auction of New England, Inc.,
and
Kenneth Lord, Danny Mosher d/b/a            CASE NUMBER:
DM Automotive

**05  10057 RWZ**

TO: (Name and address of Defendant)

Auto Auction of New England, Inc
c/o William P. Deluca III
8 Action Blvd.
Londonderry, New Hampshire 03053

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip J. Doherty
Doherty Law Offices
73A Winthrop Ave.
Lawrence, Ma. 01843

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                         DATE    1-10-05

(By) DEPUTY CLERK

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

Leon Boole, Jr

vs.

Auto Auction of New England Inc

Docket Number: 0510057RWZ
Sheriff File Number: 05003152

I, Deputy Sheriff David Vachon, Badge # 34 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 4/5/2005 at approximately 10:35 am, at 8 Action Blvd, William P Deluca, III - Reg Agent Londonderry, NH 03053 served the within OOS Summons&Complaint upon Auto Auction of New England Inc, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Linda Griffin, Controller for Auto Auction of New England Inc personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: April 6, 2005

*Valerie Hammond* (signature, notary seal: VALERIE HAMMOND, MY COMMISSION FEB. 14, 2006, NOTARY PUBLIC, NEW HAMPSHIRE)

David Vachon
Deputy Sheriff

34
Badge Number