UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-10057-RWZ

| | |
|---|---|
| LEON BOOLE, JR., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| AUTO AUCTION OF NEW ENGLAND, INC., | ) |
| KENNETH LORD, DANNY MOSHER | ) |
| D/B/A DM AUTOMOTIVE, | ) |
|     Defendants | ) |

### DEFENDANTS AUTO AUCTION OF NEW ENGLAND, INC. AND KENNETH LORD'S MOTION TO DISMISS

Defendants, Auto Auction of New England, Inc. and Kenneth Lord, respectfully move this Court pursuant to F.R.Civ.P. 12, to dismiss the plaintiffs' complaint. In support of this motion, the Defendants state that the defendants are not subject to personal jurisdiction in the Commonwealth of Massachusetts.

The Defendants further rely upon the attached Memorandum of Reasons in support of this motion and incorporate same by reference.

WHEREFORE, the defendants, Auto Auction of New England, Inc. and Kenneth Lord, respectfully move this Court pursuant to Rule 12 of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' complaint.

### REQUEST FOR ORAL ARGUMENT

The Defendants believe that oral argument may assist the Court in deciding this motion. Therefore, the Defendants request that a hearing on this motion be scheduled for a date that is convenient for the Court.

1

1136820v1

Respectfully Submitted,

THE DEFENDANTS,
AUTO AUCTION OF NEW ENGLAND, INC., AND
KENNETH LORD,

By their attorneys,

Joseph M. Desmond, BBO# 634883
Rafael P. McLaughlin, BBO# 645077
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: April 28, 2005

## CERTIFICATE OF SERVICE

I, Rafael P. McLaughlin, do hereby certify that I have this day served the foregoing **DEFENDANTS AUTO AUCTION OF NEW ENGLAND, INC. AND KENNETH LORD'S MOTION TO DISMISS** to all counsel of record in this action by mailing the same, postage prepaid to:

> Philip J. Doherty, Esq.
> Doherty Law Offices
> 73A Winthrop Avenue
> Lawrence, MA 01810

Date: April 28, 2005    Attorney:

1136820v1