%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of __MASSACHUSETTS__

Leon Boole, Jr.

V.

Auto Auction of New England, Inc.
and
Kenneth Lord, Danny Mosher d/b/a
DM Automotive

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05  10057 RWZ**

TO: (Name and address of Defendant)

Kenneth B. Lord
23 Windham Depot Road
Derry, NH 03038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip J. Doherty
Doherty Law Offices
73A Winthrop Ave.
Lawrence, Ma. 01843
(978) 687-7700

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-10-05

FILED
CLERKS OFFICE
2005 MAY -2 P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS

## Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Leon Boole, Jr<br><br>vs.<br><br>Kenneth Lord | Docket Number: 0510057RWZ<br>Sheriff File Number: 05003813 |

I, Deputy Sheriff Wayne Partington, Badge # 51 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 4/22/2005 at approximately 11:05 am, at 15 Windham Depot Rd #23, Derry, NH 03038 served the within OOS Summons&Complaint upon Kenneth Lord , the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Kenneth Lord personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: April 26, 2005

Wayne Partington
Deputy Sheriff

51
Badge Number