UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10057 RWZ

| | |
|---|---|
| Leon Boole Jr., ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| Auto Auction of New England, Inc., ) | |
| Kenneth Lord, ) | |
| Danny Mosher d/b/a ) | |
| DM Automotive, ) | |
| Defendants ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS AUTO AUCTION OF NEW ENGLAND, INC. AND KENNETH LORD'S MOTION TO DISMISS**

NOW COMES the Plaintiff, Leon Boole Jr. ("plaintiff"), who hereby objects and opposes the motion by Defendants, Auto Auction of New England, Inc. (hereinafter referred to as "AANE") and Kenneth Lord, to dismiss this action as to them based on alleged lack of personal jurisdiction. In support of this opposition, plaintiff asserts that the defendants are subject to personal jurisdiction in the Commonwealth of Massachusetts pursuant to Massachusetts General Law Chapter 223A Section 3(a), commonly referred to as the Massachusetts "long-arm statute."

In further support of this opposition, the Plaintiff submits a Memorandum in Support of Opposition to Motion to Dismiss and incorporates same by reference. For reasons stated in this opposition, the plaintiff hereby respectfully requests that said motion be denied.

Respectfully Submitted,
Leon Boole Jr.
By His Attorney,

Philip J. Doherty (BBO # 554591)
73A Winthrop Ave.
Lawrence, Ma. 01843
(978) 687-7700

## CERTIFICATE OF SERVICE

I, Philip J. Doherty, hereby certify that I have served the foregoing **Plaintiff's Opposition to Defendants Auto Auction of New England, Inc. and Kenneth Lord's Motion to Dismiss** to counsel of record by mailing the same, postage prepaid to:

Rafael P. McLaughlin, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Ma. 02210

Date:

5-12-05

Philip J. Doherty
73A Winthrop Ave.
Lawrence, Ma. 01843
(978) 687-7700