UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 05—CV-10057 RWZ

_____

Leon Boole Jr., )
      Plaintiff )
)
vs. )
) **AMENDED COMPLAINT**
Auto Auction of New England, Inc., )
Kenneth Lord, )
Danny Mosher d/b/a )
DM Automotive, )
      Defendants )
)
_____)

## PARTIES

1. Plaintiff, Leon Boole Jr., is single and is a resident of Dedham, Massachusetts and is a citizen of the United States.

2. At all times mentioned herein, Defendant Auto Auction of New England, Inc. was a duly organized and existing corporation under the laws of the State of New Hampshire, maintaining a principal place of business in New Hampshire with a registered agent for service of process located at 8 Action Blvd., Londonderry, NH 03053.

3. At all times mentioned herein, Defendant Kenneth B. Lord was a resident of New Hampshire and currently resides at 152 Rockingham Road, Derry, NH 03038.

4. At all times mentioned herein, Defendant Danny Mosher was a resident of New Hampshire and doing business as DM Automotive, 131 Daniel Webster Highway, Nashua, NH 03060 in the State of New Hampshire and in the Commonwealth of Massachusetts.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

## JURISDICTION

5. This Court has diversity jurisdiction as the Plaintiffs and the Defendants are citizens of different states and the amount in controversy exceeds $100,000.00 exclusive of interest and costs, pursuant to 28 U.S.C. 1332. In addition, this Court has personal jurisdiction over the Defendants pursuant to Fed. R. Civ. P. 4 (e) and in accordance with Massachusetts General Laws, Chapter 223A, Section 3(a).

## FACTS

6. This action arises out of a motor vehicle accident that occurred on December 5, 2002 on the premises owned and maintained by the Defendant Auto Auction of New England, Inc., Town of Londonderry, Rockingham County, State of New Hampshire.

## COUNT I

7. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 6 of this Complaint as if fully set forth herein.

8. Plaintiff alleges that, in his capacity as an independent contractor/ registered buyer for Union Auto Sales, Inc. of Fitchburg, Massachusetts, he was solicited, on a persistent basis, to attend automobile auctions held by the Defendant, Auto Auction of New England, Inc., on its premises in Londonderry, New Hampshire.

9. At approximately 10:40 a.m on December 5, 2002 the Plaintiff was standing inside or near the bay area of the auction facility when the Defendant, Auto Auction of New England, Inc., its agent, servant or employee, did so carelessly and negligently maintain, operate and control an automobile owned by Danny Mosher, causing same to strike the Plaintiff.

10. As a direct, proximate and legal result of the negligence of the Defendant, Auto Auction of New England, Inc., its agents, servants or employees, the Plaintiff suffered severe

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

bodily injuries and resulting pain and suffering, disability, mental anguish, was prevented from transacting his usual activities and incurred medical expenses and lost wages in excess of $40,000.00.

11. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant Auto Auction of New England, Inc., its agents, servants and employees, for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

### COUNT II

12. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. At all times mentioned herein, the Defendant, Kenneth B. Lord, was an agent, servant or employee of the Defendant, Auto Auction of New England, Inc. and the operator of the motor vehicle that struck Plaintiff, Leon Boole Jr.

14. Defendant, Kenneth B. Lord, while in the course of his employment and while performing his duties on behalf of the Defendant, Auto Auction of New England, Inc., did carelessly and negligently maintain, operate and control an automobile owned by Danny Mosher, causing same to strike the Plaintiff.

15. As a direct, proximate and legal result of the negligence of the Defendant, Kenneth B. Lord, the Plaintiff suffered severe bodily injuries and resulting pain and suffering, disability, mental anguish, was prevented from transacting his usual activities, incurred medical expenses and lost wages in excess of $40,000.00.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

16. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant, Kenneth B. Lord, for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

### COUNT III

17. Plaintiff, Leon Boole Jr., realleges and reavers the allegations of Paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18. At all times mentioned herein, the Defendant, Danny Mosher, while doing business as DM Automotive, was the owner of the motor vehicle which was being operated by his agent, Auto Auction of New England, Inc. or it's agent, servant or employee, on December 5, 2002 with Danny Mosher's express consent, permission and authority to do so in order to facilitate the sale of said vehicle.

19. The Defendant, Danny Mosher, or his agents, servants or employees did carelessly and negligently maintain, operate and control said automobile causing same to strike the Plaintiff.

20. As a direct, proximate and legal result of the negligence of the Defendant, Danny Mosher or his agents, servants or employees, the Plaintiff suffered severe bodily injuries and resulting pain and suffering, disability, mental anguish, was prevented from transacting his usual activities and incurred medical expenses and lost wages in excess of $40,000.00.

21. The damages complained of by the Plaintiff, Leon Boole, Jr., are either permanent or continuing in nature causing Plaintiff to suffer from said damages in the future.

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

  WHEREFORE, Plaintiff, Leon Boole, Jr., demands judgment against the Defendant, Danny Mosher, his agents, servants or employees for damages in excess of $750,000.00, plus interest and costs and for such further relief that this Honorable Court deems proper.

PLAINTIFF FURTHER DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE

By Plaintiff's Attorney,

Dated:

5-12-05

Philip J. Doherty
Doherty Law Offices
73A Winthrop Ave.
Lawrence, Ma. 01810

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351

## CERTIFICATE OF SERVICE

I, Philip J. Doherty, hereby certify that I have served the foregoing **Amended Complaint** on counsel of record by mailing the same, postage prepaid to:

Rafael P. McLaughlin, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Ma. 02210

Date:
5-19-05

Philip J. Doherty
73A Winthrop Ave.
Lawrence, Ma. 01843
(978) 687-7700

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351