UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-10057 RWZ

| | |
|---|---|
| LEON BOOLE, JR., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| AUTO AUCTION OF NEW ENGLAND, INC., | ) |
| KENNETH LORD, DANNY MOSHER | ) |
| D/B/A DM AUTOMOTIVE, | ) |
|     Defendants | ) |

### NOTICE OF APPEARANCE OF RAFAEL P. McLAUGHLIN, ESQ.

Kindly note my appearance as counsel for the Defendants in the above-captioned case. Please note that my appearance for the Defendants is in addition to that of Joseph M. Desmond, Esq.

Respectfully Submitted,

Rafael P. McLaughlin, BBO# 645077
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: June 2, 2005

### CERTIFICATE OF SERVICE

I, Rafael P. McLaughlin, do hereby certify that On June 2, 2005, I served the foregoing Notice of Appearance of Rafael P. McLaughlin, Esq. to all counsel of record in this action by mailing the same, postage prepaid, to:

Philip J. Doherty, Esq.
Doherty Law Offices
73A Winthrop Avenue
Lawrence, MA 01810

Rafael P. McLaughlin

1145540v1