UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-10057 RWZ

| | |
|---|---|
| LEON BOOLE, JR., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| AUTO AUCTION OF NEW ENGLAND, INC., | ) |
| KENNETH LORD, DANNY MOSHER | ) |
| D/B/A DM AUTOMOTIVE, | ) |
|     Defendants | ) |

**NOTICE OF APPEARANCE OF JOSEPH M. DESMOND, ESQ.**

Kindly note my appearance as counsel for the Defendants in the above-captioned case.

Respectfully Submitted,

_____
Joseph M. Desmond, BBO# 634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: June 2, 2005

**CERTIFICATE OF SERVICE**

I, Rafael P. McLaughlin, do hereby certify that I have this day served the foregoing Notice of Appearance of Joseph M. Desmond, Esq. to all counsel of record in this action by mailing the same, postage prepaid, to:

    Philip J. Doherty, Esq.
    Doherty Law Offices
    73A Winthrop Avenue
    Lawrence, MA 01810

Date: June 2, 2005    Attorney: _____
    Rafael P. McLaughlin

1145539v1