UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-10057 RWZ

| | |
|---|---|
| LEON BOOLE, JR., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| AUTO AUCTION OF NEW ENGLAND, INC., | ) |
| KENNETH LORD, DANNY MOSHER | ) |
| D/B/A DM AUTOMOTIVE, | ) |
| Defendants | ) |

## DEFENDANTS AUTO AUCTION OF NEW ENGLAND, INC. AND KENNETH LORD'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants, Auto Auction of New England, Inc. and Kenneth Lord, respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss the plaintiffs' Amended Complaint, which was filed on May 24, 2005. In support of this motion, the Defendants state that they are not subject to personal jurisdiction in the Commonwealth of Massachusetts.

The Defendants further rely upon the attached Memorandum of Reasons in support of their Motion to Dismiss the Plaintiff's Amended Complaint and incorporate same by reference in its entirety.

WHEREFORE, the Defendants, Auto Auction of New England, Inc. and Kenneth Lord, respectfully move this Court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the plaintiff's Amended Complaint.

1145474v1

### REQUEST FOR ORAL ARGUMENT

The Defendants believe that oral argument may assist the Court in deciding this

motion.  Therefore, the Defendants request that a hearing on this motion be scheduled for

a date that is convenient for the Court.


Respectfully Submitted,

THE DEFENDANTS,
AUTO AUCTION OF NEW ENGLAND, INC., AND
KENNETH LORD,

By their attorneys,

Joseph M. Desmond, BBO# 634883
Rafael P. McLaughlin, BBO# 645077
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500


Date: June 2, 2005


### CERTIFICATE OF SERVICE

I, Rafael P. McLaughlin, do hereby certify that on June 2, 2005, I served the
foregoing **DEFENDANTS AUTO AUCTION OF NEW ENGLAND, INC. AND
KENNETH LORD'S MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT** to all counsel of record in this action by mailing the same, postage
prepaid to:

> Philip J. Doherty, Esq.
> Doherty Law Offices
> 73A Winthrop Avenue
> Lawrence, MA 01810

Rafael P. McLaughlin

1145474v1