UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-10057-RWZ

| | |
|---|---|
| LEON BOOLE, JR., <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| AUTO AUCTION OF NEW ENGLAND, INC., <br> KENNETH LORD, DANNY MOSHER <br> D/B/A DM AUTOMOTIVE, <br>     Defendants. | ) <br> ) <br> ) <br> ) |

**ANSWER OF THE DEFENDANTS, AUTO AUCTION OF NEW ENGLAND, INC. AND
KENNETH LORD, TO THE PLAINTIFF'S AMENDED COMPLAINT**

1.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 1 and, therefore, deny same and call upon the plaintiff to prove same if material.

2.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 2 and, therefore, deny same and call upon the plaintiff to prove same if material.

3.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 3 and, therefore, deny same and call upon the plaintiff to prove same if material.

4.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 4 and, therefore, deny same and call upon the plaintiff to prove same if material.

5.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 5 and, therefore, deny same and call upon the plaintiff to prove same if material.

6.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 and, therefore, deny same and call upon the plaintiff to prove same if material.

COUNT I

7.    The Defendants incorporate their responses to paragraphs 1 through 6 as if fully set forth herein.

8.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 8 and, therefore, deny same and call upon the plaintiff to prove same if material.

9.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 9 and, therefore, deny same and call upon the plaintiff to prove same if material.

10.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 10 and, therefore, deny same and call upon the plaintiff to prove same if material.

11.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 11 and, therefore, deny same and call upon the plaintiff to prove same if material.

## COUNT II

12.    The Defendants incorporate their responses to paragraphs 1 through 11 as if fully set forth herein.

13.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 13 and, therefore, deny same and call upon the plaintiff to prove same if material.

14.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 14 and, therefore, deny same and call upon the plaintiff to prove same if material.

15.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 15 and, therefore, deny same and call upon the plaintiff to prove same if material.

16.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 16 and, therefore, deny same and call upon the plaintiff to prove same if material.

## COUNT III

17.    The Defendants incorporate their responses to paragraphs 1 through 16 as if fully set forth herein.

18.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 18 and, therefore, deny same and call upon the plaintiff to prove same if material.

1151274v1

19.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 19 and, therefore, deny same and call upon the plaintiff to prove same if material.

20.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 20 and, therefore, deny same and call upon the plaintiff to prove same if material.

21.    The Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 21 and, therefore, deny same and call upon the plaintiff to prove same if material.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff's complaint should be dismissed pursuant to 12(b)(6) for failure to state a claim upon which relief can be granted.

### Second Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint misnames the defendants.

### Third Affirmative Defense

By way of affirmative defense, the defendants say that service of process was insufficient.

### Fourth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

### Fifth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(3) for improper venue.

### Sixth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

1151274v1

### Seventh Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(5) for the insufficiency of service of process.

### Eighth Affirmative Defense

By way of affirmative defense, the defendants say that the action is barred by the applicable statute of limitations.

### Ninth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

### Tenth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff cannot recover for the reason that he failed to give notice of the damages allegedly suffered by him to the defendants as required by the statutes of the Commonwealth of Massachusetts.

### Eleventh Affirmative Defense

By way of affirmative defense, the Court lacks personal jurisdiction over the defendants.

### Twelvth Affirmative Defense

By way of affirmative defense, the defendants say that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendants were not and are not legally responsible.

### Thirteenth Affirmative Defense

The defendants say that the negligence of the plaintiff was greater than the alleged negligence of the defendants and that such negligence of the plaintiff contributed to his alleged injury and, therefore, the plaintiff is barred from recovery under M.G.L. c. 231, section 85.

### Fourteenth Affirmative Defense

By way of affirmative defense, the defendants state that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the defendants are not legally responsible.

1151274v1

Respectfully submitted,
The Defendants,
Auto Auction of New England, Inc., and
Kenneth Lord,
By Their Attorneys,

MORRISON MAHONEY LLP

Joseph M. Desmond, BBO# 634883
Rafael P. McLaughlin, BBO# 645077
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: July _____, 2005

## CERTIFICATE OF SERVICE

I, Rafael P. McLaughlin, do hereby certify that I have this day served the foregoing **ANSWER OF THE DEFENDANTS, AUTO AUCTION OF NEW ENGLAND, INC. AND KENNETH LORD, TO THE PLAINTIFF'S AMENDED COMPLAINT** to all counsel of record in this action by mailing the same, postage prepaid, to:

Philip J. Doherty, Esq.
Doherty Law Offices
73A Winthrop Avenue
Lawrence, MA 01843

Date: July _____, 2005                Attorney: _____
                                             Rafael P. McLaughlin

5

1151274v1