UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action #05CV10057RWZ

LEON BOOLE JR.,
    Plaintiff,

V.

AUTO AUCTION OF NEW
ENGLAND, INC.,
KENNETH LORD,
DANNY MOSHER D/B/A
DM AUTOMOTIVE,
    Defendants.

VOLUNTARY DISMISSAL

The Plaintiff hereby voluntarily dismisses the above action as to the Defendant DANNY MOSHER d/b/a DM AUTOMOTIVE, with prejudice. No answer, other pleading or motion for summary judgment has been filed by this defendant.

August 24, 2005

*(signature)*
Philip J. Doherty
Henry T. Doherty Jr., P.C.
Attorneys for the Plaintiff
73A Winthrop Avenue
Lawrence, MA 01843
(978) 687-7700
BBO# 554591

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing document to all parties by mailing postage prepaid to the address of record.

August 24, 2005

*(signature)*
Philip J. Doherty

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351