UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action #05CV10057RWZ

LEON BOOLE JR.,
    Plaintiff,

V.

AUTO AUCTION OF NEW
ENGLAND, INC.,
KENNETH LORD,
DANNY MOSHER D/B/A
DM AUTOMOTIVE,
    Defendants.

STIPULATION OF DISMISSAL

The parties in the above-entitled action hereby stipulate that all Claims and Counterclaims arising out of said action be dismissed with prejudice, without costs, and all rights of appeal being waived

Dated: August 24, 2005

_____
Philip J. Doherty
Henry T. Doherty Jr., P.C.
Attorneys for Plaintiff
73A Winthrop Avenue
Lawrence, Ma 01843
(978) 687-7700
BBO# 554591

Dated: SEPT. 2, 2005

_____
Rafael P. McLaughlin
MORRISON MAHONEY LLP
Attorneys for Defendants Auto
Auction and Kenneth Lord
250 Summer Street
Boston, MA 02210
(617) 439-7500
BBO#645077

DOHERTY LAW
OFFICES
73A WINTHROP AVE.
LAWRENCE, MA 01843

(978) 687-7700
FAX: (978) 688-7351